297 So.2d 175

In re Ruby COOPER, alias

v.

STATE.

Ex parte STATE of Alabama

ex rel. ATTORNEY GENERAL.

SC 701.

Supreme Court of Alabama.

Feb. 28, 1974.

William J. Baxley, Atty. Gen., and George W. Royer, Jr., Asst. Atty. Gen., for petitioner.

No brief for respondent.

JONES, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Cooper, alias v. State, 53 Ala.App. 36, 297 So.2d 169.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.

298 So.2d 85

In re David Randle CORDLE

v.

STATE.

Ex parte David Randle Cordle.

SC 855.

Supreme Court of Alabama.

June 20, 1974.

Rehearing Denied Aug. 1, 1974.

Frank W. Riggs, Montgomery, for petitioner.

No brief for the State.

FAULKNER, Justice.

Petition of David Randle Cordle for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Cordle v. State, 53 Ala.App. 148, 298 So.2d 77.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.